440 A.2d 1254

Katz, Appellants v. Nationwide Protective Systems, et al.

Argued December 4, 1980.   Joanne E. Kleiner, for appellants;  Norman Mittman, for appellees.

Before BROSKY, HOFFMAN and LIPEZ, JJ.

Order affirmed.

442 A.2d 830

Lee, et ux., Appellants v. Meckley Heirs, etc.

Rehearing Denied March 26, 1982.

Argued April 11, 1979.   Clarence R. Kramer, for appellants;  Joseph Colavecchi, for appellees.

Before CERCONE, P. J., WIEAND and HOFFMAN, JJ.

The order of the lower court is affirmed.